UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| Angela Marie Forrest,<br><br>Plaintiff,<br><br>vs.<br><br>PetSmart, Inc.,<br><br>Defendant, | No.: 5:17-cv-00173-D<br><br>**CONSENT ORDER** |

COME NOW THE PARTIES to the above captioned action having agreed upon a mutually satisfactory resolution to certain issues in controversy. The parties hereby agreed to have the above captioned action remanded to Superior Court in the State of North Carolina County of Wilson. Further the parties stipulate that the Summons and Complaint originally filed by Plaintiff on March 7, 2017 will be the controlling Complaint with the Amended Complaint to be withdrawn.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED** that

1. This action shall be remanded to Superior Court in Wilson County, North Carolina;

2. The Amended Complaint filed May 2, 2017 in United States District Court for the Eastern District of North Carolina Western Division is hereby withdrawn; and

3. Defendant has 30-days from the date this matter is accepted back by Superior Court to submit an Answer in that Court.

**AND IT IS SO ORDERED.** This __30__ day of May 2017.

JAMES C. DEVER III
Chief United States District Judge

WE SO MOVE AND CONSENT:

*s/Eliot F. Smith*
Eliot F. Smith
(N.C. Bar No. 20124)
THOMAS LAW, P.A.
P.O. Box 2848
Wilson, North Carolina 27894-2848
Phone: 252.243.3000
Facsimile: 252.243.0606
eliot@thomaslwnc.com
Attorney for Plaintiff

*s/Reginald B. Gillespie, Jr.*
Reginald B. Gillespie, Jr.
(N.C. Bar No. 10895)
WILSON RATLEDGE, PLLC
4600 Marriott Drive, Suite 400
Raleigh, North Carolina 27612
Phone: 919.787.7711
Facsimile: 919.787.7710
rgillespie@wrlaw.com
Attorney for Defendant